UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Makitio A.,

      Petitioner,

v.

Todd Blanche, *Attorney General*;
Markwayne Mullin, *Secretary, U.S.
Department of Homeland Security*; Todd M.
Lyons, *Acting Director of Immigration and
Customs Enforcement*; David Easterwood,
*Acting Director, St. Paul Field Office
Immigration and Customs Enforcement*; and
Eric Tollefson, *Sheriff of Kandiyohi County*,

      Respondents.

File No. 26-cv-2200 (ECT/DLM)

**ORDER**

Magistrate Judge Douglas L. Micko issued a Report and Recommendation dated May 22, 2026.  ECF No. 9.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.    The Report and Recommendation [ECF No. 9] is **ACCEPTED**.

2.    Petitioner Makitio A.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **GRANTED**.

3.    Respondents shall release Petitioner Makitio A. from custody:

    a.    Immediately;

b.   Inside the State of Minnesota;

c.   At a safe time and place communicated in advance to counsel; and

d.   With all of Petitioner's personal effects in Respondent's possession or control, including, but not limited to, Petitioner's driver's license, immigration paperwork, work authorization, cell phone, keys, and clothing.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 3, 2026                       s/ Eric C. Tostrud
                                           Eric C. Tostrud
                                           United States District Court