# UNITED STATES DISTRICT COURT

## District of Minnesota

Makitio Garcia Alves,

Petitioner,

v.

Todd Blanche, Markwayne Mullin, David Venturella, David Easterwood, Eric Tollefson,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-2200 ECT/DLM

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation [ECF No. 9] is **ACCEPTED**.

2. Petitioner Makitio A.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **GRANTED**.

3. Respondents shall release Petitioner Makitio A. from custody:

   a. Immediately;

   b. Inside the State of Minnesota;

   c. At a safe time and place communicated in advance to counsel; and

   d. With all of Petitioner's personal effects in Respondent's possession or control, including, but not limited to, Petitioner's driver's license,

immigration paperwork, work authorization, cell phone, keys, and clothing.

Date: 6/3/2026

KATE M. FOGARTY, CLERK